TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

---

FROM: 20446009
TO:
SUBJECT: CIVIL COMPLAINT
DATE: 02/12/2025 07:44:29 AM

NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2025
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RHONDA FLEMING

V.                                    NO. 4-25CV-157-0

WARDEN T. RULE,
ACTING DIRECTOR OF FBOP,
UNITED STATES OF AMERICA, et al.

CIVIL COMPLAINT

The Plaintiff, Rhonda Fleming, files this Civil Complaint pursuant to 28 U.S.C. Section 1331, the Declaratory Judgment Act, 28 U.S.C. Section 2201, and Federal Rules of Civil Procedure, Rule 65, for injunctive relief, specifically to remove biological male inmates from the general population at Federal Medical Center-Carswell, a designated federal women's prison. Additionally, the Plaintiff moves for injunctive relief for community placement in this district, for her protection.

EXHAUSTION OF REMEDIES AND JURISDICTION OF THE COURT

The Plaintiff requested administrative remedies on this matter while at Federal Transfer Center-Oklahoma and Federal Medical Center-Carswell, in writing and verbally with the unit counselor. The Plaintiff has not been provided grievances forms.

The administrative remedy process is considered exhausted, if filing a grievance is futile or the inmate is prevented from accessing the administrative remedy process. In this case, both circumstances are applicable.

President Trump has issued an executive order to remove biological men from women's prisons. The executive order has been blocked by district courts outside of this district. The issuance of the executive order makes the filing of a grievance futile, in light of actions in another district court.

Additionally, the denial of the forms prevents access to the administrative remedy process.

CLAIMS FOR RELIEF

FMC-Carswell is a women's federal prison. Under the Biden Administration, numerous biological male inmates have been placed in the prison. Biological, Christian, Jewish, and Muslim women are forced to shower and share other intimate facilities, in violation of their bodily privacy rights, with male inmates.

Women of faith have a legal right not to be forced to expose their naked bodies to biological male inmates, who are sex offenders. The Plaintiff's religious freedom rights are being violated, daily, in spite of a clear, unambiguous executive order by the sitting President of the United States.

Many of these males inmates are incarcerated for violent acts against women and children, to include rapists, child molesters, and domestic abusers. The prison officials allow these male inmates to intimidate women in lines for medications, meals, and in assigned cells.

Women are forced to live in housing units in general population and the Special Housing Unit(locked cells). When the Plaintiff asked not to be housing in 2-North Unit with four male inmates, the Plaintiff was told she had to go to 2-North or segregation. Even if the Plaintiff had chose segregation/SHU, the Defendants would have placed a male inmate in that cell.

The Plaintiff and other women at FMC-Carswell are in danger. There are over 20 male inmates at the prison. These violent male felons realize at some point they will be transferred to a men's federal prison. These men have become more aggressive and threatening to the Plaintiff and other women in the general population housing units.

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N
----------------------------------------------------------------------------------------

Complaints on this matter fall on deaf ears. Defendant Warden Rule has stated, "Trump is not my boss." Senior prison administrators are part of the LGBT group who are angry about President Trump's executive order and do not want to enforce it.

These senior administrative officials have expressed their distaste for the Plaintiff's years long battle to return women's federal prisons to historical norms: only biological women in a women's federal prison.

The Plaintiff is emotionally and physically distraught, fearing for her physical safety, while prison administrators continue to assure male inmates they will get their breast implants and the executive order will not stop the prison from providing the operations.

The Plaintiff believes the prison administrators will allow the male inmates to physically harm any woman that has voiced complaints against the FBOP transgender policy. No security action has been taken to ensure the safety of women in the prison.

It is a well known legal fact that the FBOP has the broad discretion pursuant to 18 U.S.C. Section 3621(b) to transfer inmates to any prison they choose after considering certain factors. Therefore, eventually, in spite of any injunctions granted in district courts outside of the Northern District of Texas, President Trump's executive order will be enforced.

For these reasons, it is evident the prison administrators are failing to take necessary steps to protect the Plaintiff and other women from physical attack by men who will be transferred

CAUSES OF ACTION

The Plaintiff has a right to relief pursuant to the Religious Freedom Restoration Act, United States Constitution--1st, 8th, and 14th Amendments, religious freedom, to be free from cruel and unusual punishment, and bodily privacy.

The Court has the authority to grant relief in accordance with 28 U.S.C. 1331, FRCVP 65, Declaratory Judgment Act, ------ U.S.C. Section 2201, and any other state/federal statute the Court chooses to utilize.

PRAYER FOR RELIEF

The Plaintiff requests that the Court grant the following relief:

1. Order Defendant Warden T. Rule to place biological male inmates in an area of FMC-Carswell that prevents the likely retaliation against biological women for litigating to remove them from women's prisons;

2. Order Defendant T. Rule and the Acting Director of the FBOP to perform an individual review Section 3621(b) factors, as applicable to the Plaintiff, in light of worldwide attention on the litigation of men in women's prisons, and the dangers the Plaintiff may face from male inmates and prison employees who support transgender causes and fairly consider transferring the Plaintiff to community placement;

3. Order the U.S. Marshal Service to take picture of the women's showers in all the housing units, to prove the Defendants have allowed biological male inamtes to view women naked in the showers, for over 10 years;

4. Attorney fees and costs to the Plaintiff;

5. Punitive damages to the Plaintiff; and,

6. Any other relief the Court deems necessary.

Respectfully Submitted,

Rhonda Fleming, Plaintiff
February 12, 2025
Reg. No. 20446-009
FMC-Carswell
PO Box 27137
Ft. Worth, TX 76127

2/12/25

RE: Filing of New Civil Complaint

Dear Clerk -

This complaint involves the enforcement of President Trump's executive order to remove male inmates from women's prisons.

Please file-stamp this letter and return it in the self-addressed stamped envelope enclosed.

Thank you,

Rhonda Fleming

Rhonda Fleming 20446-009
Federal Medical Center Carswell
PO Box 27137, 2 North
Ft. Worth, TX 76127



United States District Court
Office of the Clerk
501 West 10th Street
Fort Worth, TX 76102-3613

RECEIVED
FEB 19 2025

Legal Mail



FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 2/13/2025
The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification. (M)