UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RHONDA FLEMING



V.                    No. 4:25-cv-000157-O

WARDEN T. RULE

PLAINTIFF'S SECOND MOTION FOR IN FORMA PAUPERIS AND
EMERGENCY INJUNCTIVE RELIEF

The Plaintiff files the above referenced Motions with the following in
support of relief:

1.  The Plaintiff is unable to obtain her 6-month trust fund statement.
A written request with the Court's order.  No response has been received. EX-A

2.  The Plaintiff is attaching the forms sent by the District Clerk.
On the day the Plaintiff filed her Complaint, she had less than $6.00 in
her Trust Fund account.

3.  In support of this motion, for in forma pauperis and injunctive relief
the Plaintiff is attaching several Declarations from biological women at
FMC-Carswell.  These women are willing to testify about the conditions
with men in the housing units.  EX-B

4.  These women have tried to obtain grievance forms and other documents,
and have been unable to, in the same manner that the Plaintiff has been
denied these forms.

5.  It is the Plaintiff's belief that President Trump, as the Chief Execu-
tive of the United States, has the right to administer the federal prison
in accordance with 18 USC Section 3621(b), which gives broad authority to
government officials.  The Plaintiff is not venue shopping to get the
outcome she wants.  FMC-Carswell is in the district of this Court.  This
Court has the jurisdiction to enforce the President's orders and/or reduce
the danger to women.  These men at the prison are sex offenders of women
and children.  They should be segregated from the women until the liti-
gation is completed.

Respectfully Submitted,

Rhonda Fleming, Plaintiff

3/3/25

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

---------------------------------------------------------------------------------------------------------------------

FROM: 20446009
TO: Unit Team 2 North & 2 South
SUBJECT: ***Request to Staff*** FLEMING, RHONDA, Reg# 20446009, CRW-I-N
DATE: 02/28/2025 10:08:58 AM

To: Unit Manager
Inmate Work Assignment: na

RE:  Request for 6-months Trust Fund Transactions

Sir,

Several days ago, I  sent a handwritten request for a print out for the federal district court of my six-month Trust Fund transactions.  I have not received a response.

The district court is requesting thing information.  With my previous request, I attached a copy of the docket, although I have not received the actual order from Judge Reed O'Connor.

Failure to provide this document is delaying the case.  You are aware that when district courts request this information, by refusing to provide it, the prison is denying access to the court system.

Respectfully,

Rhonda Fleming

EX-A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


RHONDA FLEMING



NO.  4:25-cv-00157-O



WARDEN T. RULE



DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR RELIEF



The Declarant Shantai Shelton, # 18414-084, certifies under penalty of perjury that the following is true and correct to the best of her knowledge:


1.  I am in custody at FMC-Carswell.  I am a biological woman.

2.  I am housed with biological males inmates who are able to see me naked in the showers and when I use other intimate facilities.

3.  The prison is severely short staffed.  Ms. Fleming has attempted to obtain grievance forms and her 6-month Trust Fund statement.  It is nearly impossible to obtain these documents.

4.  While many of the FBOP employees do not support the transgender policy, many of them do.  Ms. Fleming is under threat by these employees.

5.  I live in the same unit with Ms. Fleming.  We live with four biological male inmates.  Two are incarcerated for sex crimes against women and children.  Another is a white supremacist.

6.  I would state in court that when these men believe they are being removed from a women's prison, one of their last acts will be to harm Ms. Fleming and other women in the prison.  I do not believe any women are safe with these men believing President Trump's executive order will be eventually enforced.

_____
Declarant
March 1, 2025

EX-B-1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


RHONDA FLEMING


NO.   4:25-cv-00157-O


WARDEN T. RULE


DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR RELIEF


The Declarant Miriam Herrera , # 56791177 , certifies under penalty of perjury that the following is true and correct to the best of her knowledge:


1.   I am in custody at FMC-Carswell.  I am a biological woman.

2.   I am housed with biological males inmates who are able to see me naked in the showers and when I use other intimate facilities.

3.   The prison is severely short staffed.  Ms. Fleming has attempted to obtain grievance forms and her 6-month Trust Fund statement.  It is nearly impossible to obtain these documents.

4.   While many of the FBOP employees do not support the transgender policy, many of them do.  Ms. Fleming is under threat by these employees.

5.   I live in the same unit with Ms. Fleming.  We live with four biological male inmates.  Two are incarcerated for sex crimes against women and children.  Another is a white supremacist.

6.   I would state in court that when these men believe they are being removed from a women's prison, one of their last acts will be to harm Ms. Fleming and other women in the prison.  I do not believe any women are safe with these men believing President Trump's executive order will be eventually enforced.

_Declarant_
March 1, 2025

EX-B-2

Rhonda Fleming 20446-009
Federal Medical Carswell
PO Box 27137
Fort Worth, TX 76127

MAR 10 2025

X-RAY

United States District Court
Office of The Clerk
501 West Tenth St, Room 310
Fort Worth, TX 76102

Legal Mail

7610233641 C024

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 3/3/25
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further advice or clarification.   (8)