UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


RHONDA FLEMING



NO.  4:25-cv-00157-O

MAR 11 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy


WARDEN T. RULE


DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR RELIEF - 28 USC Section 1746 §§


The Declarant Shantai Shelton, # 18414-084, certifies under penalty of perjury that the following is true and correct to the best of her knowledge:


1.  I am in custody at FMC-Carswell.  I am a biological woman.

2.  I am housed with biological males inmates who are able to see me naked in the showers and when I use other intimate facilities.

3.  The prison is severely short staffed.  Ms. Fleming has attempted to obtain grievance forms and her 6-month Trust Fund statement.  It is nearly impossible to obtain these documents.

4.  While many of the FBOP employees do not support the transgender policy, many of them do.  Ms. Fleming is under threat by these employees.

5.  I live in the same unit with Ms. Fleming.  We live with four biological male inmates.  Two are incarcerated for sex crimes against women and children.  Another is a white supremacist.

6.  I would state in court that when these men believe they are being removed from a women's prison, one of their last acts will be to harm Ms. Fleming and other women in the prison.  I do not believe any women are safe with these men believing President Trump's executive order will be eventually enforced.


Declarant
March 1, 2025

EX-C-1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


RHONDA FLEMING


NO.  4:25-cv-00157-O



WARDEN T. RULE



DECLARATION IN SUPPORT OF PLAINTIFF'S ion 1746
MOTION FOR RELIEF - 28 USA Section 1746



The Declarant Leanne Garza , # 71474-179 certifies
under penalty of perjury that the following is true and correct to the
best of her knowledge:


1.  I am in custody at FMC-Carswell.  I am a biological woman.

2.  I am housed with biological males inmates who are able to see me naked
in the showers and when I use other intimate facilities.

3.  The prison is severely short staffed.  Ms. Fleming has attempted
to obtain grievance forms and her 6-month Trust Fund statement.  It is
nearly impossible to obtain these documents.

4.  While many of the FBOP employees do not support the transgender
policy, many of them do.  Ms. Fleming is under threat by these employees.

5.  I live in the same unit with Ms. Fleming.  We live with four
biological male inmates.  Two are incarcerated for sex crimes against
women and children.  Another is a white supremacist.

6.  I would state in court that when these men believe they are being
removed from a women's prison, one of their last acts will be to harm Ms.
Fleming and other women in the prison.  I do not believe any women are
safe with these men believing President Trump's executive order will be
eventually enforced.

Declarant
March 1, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


RHONDA FLEMING


NO.  4:25-cv-00157-O


WARDEN T. RULE


DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR RELIEF  28 USC Section 1746


The Declarant Brenda Kirk, #09978180, certifies
under penalty of perjury that the following is true and correct to the
best of her knowledge:


1.  I am in custody at FMC-Carswell.  I am a biological woman.

2.  I am housed with biological males inmates who are able to see me naked
in the showers and when I use other intimate facilities.

3.  The prison is severely short staffed.  Ms. Fleming has attempted
to obtain grievance forms and her 6-month Trust Fund statement.  It is
nearly impossible to obtain these documents.

4.  While many of the FBOP employees do not support the transgender
policy, many of them do.  Ms. Fleming is under threat by these employees.

5.  I live in the same unit with Ms. Fleming.  We live with four
biological male inmates.  Two are incarcerated for sex crimes against
women and children.  Another is a white supremacist.

6.  I would state in court that when these men believe they are being
removed from a women's prison, one of their last acts will be to harm Ms.
Fleming and other women in the prison.  I do not believe any women are
safe with these men believing President Trump's executive order will be
eventually enforced.

Declarant
March 1, 2025

Rhonda Fleming 20446-009
Federal Medical Center - Carswell
PO Box 27137
Fort Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
7 MAR 2025 PM 7 L

MAR 1 2025

United States District Court
Office of the Clerk
501 West 10th Street
Fort Worth, TX 76102-3613

Legal Mail

76102-363799