UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RHONDA FLEMING

V.                        NO. 4:25-cv-00157-"O"

WARDEN T. RULE



DECLARATION BY SARAH BERRY #18054-084, PURSUANT TO
28 USC SECTION 1746

I, Sarah Berry, certify that the following statements are true and
correct to the best of my knowledge:

1.   I am a biological woman, in custody at Federal Medical Center-
Carswell.  I am housed with numerous biological male inmates.

2.   One of my job assignments is suicide watch of women inmates, in
emotional distress.  When placed on suicide watch, inmates are naked, but
are provided with a blanket.

3.   This year, I was called to suicide watch, on ___January___, 2025.
I was required to watch inmate Gary Dean Boone, who was on suicide watch.
Boone was naked for the entire time I was forced to watch him.  He walked
around the cell, used the bathroom, and in my opinion, enjoyed exposing
his genitalia to me.

4.   At no time in my training to be on suicide watch, as an inmate aide,
was I prepared to sit with a biological male inmate.  I was and continue
to be in emotional distress over the episode.  And, when I see Boone on
the prison compound, he routinely aproaches me in a sexually harassing
manner.  I will be retaliated against if I express my distress about this
matter.

5.   I am housed with at least 4 biological male inmates. Two of these men
are child/women sex offenders.  Thse men can quite easily see me in the
showers and other intimate areas of the prison.  I have no protection from
being stalked in the showers, toilet, or other changing areas of the
prison.

-1-                    EX-B-1

6.   I have known the Plaintiff, Ms. Fleming since 2018.   All of the inmates at FMC-Carswell are following the litigation regarding the removal of the male inmates from the prison.   I believe Ms. Fleming will be in danger when the men are removed from the prison.   Many of them acknowledge with the President's Executive Order, transfer to a men's prison is likely.   For this reason, because many of the male inmates are in prison for sex offenses and/or violence against women and children, it is a security risk for all of us.

7.   In closing, I am a part of the LGBT community.   I am not against adults transitioning.   However, I can attest to the Court, all of the biological males at the prison are involved with women at this prison. This is a dangerous situation, if men who are stronger than women, and attracted to biological women, become angry enough to rape one of us. This has happened at other women's prisons, so I do fear being raped.

Sarah Berry, Declarant
March 3, 2025

EX-B-2

Case 4:25-cv-00157-D    Document 10    Page 3 of 4    PageID 35

Rhonda Fleming 20446-009
Federal Medical Center-Carswell
PO Box 27137
Ft Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
10 MAR 2025 PM 7 L

RECEIVED

MAR 17 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
501 West 10th Street
Fort Worth, TX 76102

Legal Mail

76102-368099