TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

--------------------------------------------------------------------------------------------

FROM: 20446009
TO:
SUBJECT: ND Texas Civil Complaint Forms
DATE: 04/02/2025 07:05:03 AM

RE: Bivens/Civil Complaint Forms Needed

Dear Clerk:

Please provide me with two copies of the Civil Complaint form used in this district, along with the in forma pauperis application.

Many Thanks,

Rhonda Fleming
#20446-009
FMC-Carswell, 2-North
PO Box 27137
Fort Worth, Texas 76127

cc: file

**4 - 25 CV - 157 - 0**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 7 2025

CLERK, U.S. DISTRICT COURT
By _____
Deputy



Rhonda Fleming 20446-009
Federal Medical Center Carswell
PO Box 27137 - 2N
Fort Worth, TX 76127

RECEIVED
APR - 7 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX P&DC
DALLAS TX 750
2 APR 2025 PM 4 L

Legal Mail

United States District Court
Office of The Clerk
501 West 10th Street, Room 510
Fort Worth, TX 76102

76102-364185

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 04-02-2025

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.   (4)

# United States District Court
## Northern District of Texas

*Fort Worth Division*

April 7, 2025

Rhonda Fleming #20446-009
BOP FMC Carswell
PO Box 27137
Fort Worth, TX 76127

Re: Your correspondence received in the U.S. District Clerk's Office on  April 7, 2025.
Case No./Style:  N/A

Rhonda Fleming,

Enclosed are two copies each of Prisoner's Civil Rights Complaint and Motion to Proceed In Forma Pauperis.  Additional forms can be found online at https://www.txnd.uscourts.gov/.

Sincerely,

Deputy Clerk -  cc