TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

---------------------------------------------------------------------------------------------------------------

FROM: 20446009
TO: Goodwill, Michael
SUBJECT: LETTER BRIEF TO JUDGE REED O'CONNOR
DATE: 04/04/2025 06:51:18 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RHONDA FLEMING

V.                                          NO. 25-CV-00157-"O"

WARDEN T. RULE



LETTER BRIEF TO THE COURT IN SUPPORT OF GRANTING A EVIDENTIARY
AND ISSUANCE OF INJUNCTIVE RELIEF

Dear Judge O'Connor:

I have complied with your order to correct the deficiency in providing what is necessary to grant in forma pauperis. As I stated in my declaration, I went to the unit counselor, requesting my 6-month trust fund statement, and he said he had never heard of this before. He told me, he would look into it.

Having served over 17 years in prison, I have learned to accept "No" and move on. "No" comes in many forms, to include, "I will get back with you" or "I will look into it." As a prisoner, I cannot make anyone do anything. The warden had your order and took no action. I pray the Court will remember this fact.

Warden Rule is a transgender activist, fully supporting the male inmates showering with women. He has taken several actions in opposing President Trump's executive order, which will come out in the evidentiary hearing.

I communicate with many prisoner and/or anti-transgender advocates. One of them sent the news article at the bottom of this letter brief.

The article describes how an innocent 13-year old young girl and other female classmates, were forced to undress in the presence of a male classmate, who alleges he is a "girl," at least for that day. Yes, in one of our United States of America middle schools, our girls are being traumatized in a manner they will never forget. Women, who should protect other women, forced young girls to do something their parents had raised their daughters not to do: undress in the presence of the opposite sex. Every good parent raises their daughters in this manner.

I bring this news article, one of hundreds, to remind the court how far this transgenderism has gone, since this issue was initially put before this Court. Judge O'Connor, we were the first plaintiff and judge, to address the issue of male inmates in women's prisons.

Unfortunately, because I did not agree with only a change in the FBOP Transgender policy, the case ended. I did not agree because I knew if there were no consequences for what embedded "deep state" left-wing government employees had concocted against women, these policies would proliferate into our military, our schools, and our larger society. That was in 2018.

Now, in 2025, look where this has gone. These people who allege they are another sex, are being nominated for Oscars taking the spot of a biological woman, taking Olympic gold medals from women, NCAA swimming championships, showering with our proud young women in the military, and now, forcing our children to undress in front of the opposite sex.

They want to normalize immoral conduct.

I said this in 2015 and I will repeat it again: These people tried out this experiment on individuals they perceived as weak and without power: incarcerated women. These left-wing people are attempting to undermine the family structure. They want to destroy the United States. They hate the United States. The left-wing knows the way to destroy a nation, is to destroy our warriors, our young boys and men.

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

--------------------------------------------------------------------------------

We can't fight the enemy, without warriors. Sorry, but I don't believe any man on RuPaul's "Drag Race" will protect our nation.

President Trump said he was bringing a "Revolution of Common Sense." Praise God! The President's team heard about the loss in Florida on men in women's prisons, so he issued an executive order to remove these men.

The male inmates have big time attorneys fighting in districts that politically support transgenderism, when 80% of our country do not!

Federal Medical Center-Carswell is in your district, yet a judge in the District of Colombia continues to order the Department of Justice to send biological male inmates to this prison. Last week, two more men were placed in my housing unit.

One lady, a 67 year old, non-violent, white-collar prisoner, is living in a cell with a serial rapist, a biological male inmate, two cells from me. Where is this permissible, in a decent, moral, country?

Judge O'Connor, I am asking you to declare that it is cruel and unusual punishment to force biological women to shower and share locked/unlocked cells, with biological, sex offender, violent male inmates. I am asking you to protect women in your district, under your jurisdiction, not just in prison, but in our beautiful State of Texas!

Decent female officers are being forced to strip search biological male inmates, who are still in possession of their male genitalia. This is outrageous.

The initial lawsuit was started because a male correctional officers was offended that I had to shower with male inmates, when he, a male officer, was not allowed to be in the shower area. This officer told me he was upset that his fellow "sister officers" had to be subjected to male inmates "legally" showing their private parts to these women. In men's prisons, if a male inmate does this, he is written an incident report, but not in a women's prison.

The several officers went to the union about the situation, where men were fighting/beating up women at FMC-Carswell. The union officials told these officers to find a woman inmate to bring the claim. I did.

I have and continue to suffer immensely for fighting this battle. As a believer in Jesus, I fully accept it. It is the first time I have been persecuted for Jesus!

Be that as it may, all battles come to an end. It started in your Court, and I am praying it will end in your Court.

Respectfully Submitted,

Rhonda Fleming, Plaintiff
April 4, 2025
FMC-Carswell
#20446-009
PO Box 27137
Fort Worth, Texas 76127

CERTIFICATE OF SERVICE

Service will be performed by the electronic filing of this document by the U.S. District Clerk.

Rhonda Fleming, Plaintiff

-----Goodwill, Michael on 3/18/2025 10:21 PM wrote:

>

The mother of a girl attending an Illinois middle school said that after her daughter refused to change her clothes in front of a biological boy who identified as a transgender girl, school officials stepped in and forced her to do so.

Nicole Georgas told the story of what she said happened to her 13-year-old daughter and other girls at Shepard Middle School

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

---------------------------------------------------------------------------------------------

while speaking at a Deerfield School District 109 School Board meeting on Thursday, National Review reported. Deerfield is a suburb of Chicago. Georgas said her daughter came home upset on February 5, saying a boy was using the girl's bathroom.

According to Georgas, the girl was then told by school administrators that the boy was allowed to use the girl's locker room and bathroom because he identified as a girl, and the school's "inclusive" bathroom policy allowed him to use whichever locker room he wanted. Georgas said she spoke to school administrators and told them they were violating President Donald Trump's executive order that prohibited males from using female locker rooms and participating in girls' sports. The school stood its ground, citing the district's legal counsel.

After this exchange, Georgas said Thursday, "the situation went from bad to worse."

"A few days later, the male student was present in the girl's locker room. Feeling violated, the girls made the choice not to change into their PE clothes with the biological male student present," Georgas said.

Advertisement
The mother said that school administrators then supervised the girls' locker room to make sure that the girls changed their clothes in front of the transgender-identifying boy without protest. She identified the district's assistant superintendent for student services, the school's assistant principal, and the director for student services as the administrators who forced the girls to change in front of the boy, according to the Lake County Gazette.

"The girls just want their privacy and they want their locker room back," she said. "There are gender neutral options. This is my daughter's story, and the story of many other young girls who have been forced at the difficult age to do something they know and most adults know is wrong."

Georgas' story received boos from transgender activists in attendance at the school board meeting, including one transgender-identifying person who also happens to have a child identifying as transgender.

Advertisement
"The discomfort or privacy concerns of other students, teachers, or parents are not valid reasons to deny or limit the full and equal use of those facilities based on a student's gender-related identity," said the activist, who serves as the director of operations for Trans Up Front, an activist organization. "Instead, any student, teacher or other individuals seeking more privacy should be accommodated by providing that individual with a more private option."

Georgas said she filed a civil rights complaint with the Justice Department.

Quote of The Day:
Grown humans are driven by internal forces to respond to the cries of these tiny beings, and take care of their needs.

Case 4:25-cv-00157-D    Document 14    Filed 04/08/25    Page 4 of 5    PageID 50

Rhonda Fleming 20446-009
Federal Medical Center Carswell
PO Box 27137
Fort Worth, TX 76127

NORTH TEXAS TX P&DC
4 APR 2025 PM 9 TEL

RECEIVED
APR - 8 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
501 West Tenth Street, Room 510
Fort Worth, TX 76102

76102-363799



FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: __04-04-2025__
The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
... a question or problem over which this facili-
has ju-- ...iction, you may wish to return the m--.erial
for further information or clarification. (4)