**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RHONDA FLEMING,** | § | |
| **Institutional ID No. 20446-009** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 4:25-cv-157-O** |
| | § | |
| **WARDEN T. RULE,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil

Procedure 58, is the final judgment of the Court that Plaintiff's complaint is DISMISSED

WITHOUT PREJUDICE. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **15th day** of **April, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE