TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

----------------------------------------------------------------------------------------------------

FROM: 20446009
TO:
SUBJECT: FIRST AMENDED COMPLAINT
DATE: 04/14/2025 11:27:53 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RHONDA FLEMING,
  Plaintiff,

V.                                               NO. 25-CV-00157-"O"
                                                 DEMAND FOR JURY TRIAL

WARDEN T. RULE,
FBOP DIRECTOR WILLIAM MARSHALL, III,
  Defendants.


APR 1 8 2025

FIRST AMENDED CIVIL COMPLAINT

The Plaintiff, Rhonda Fleming, files her First Amended Civil Complaint pursuant to 28 U.S.C. Section 1331, the Declaratory Judgment Act, 28 U.S.C. Section 2201-2202, Religious Freedom Restoration Act, and Federal Rules of Civil Procedure, Rule 65.

I. INTRODUCTION

For over a decade, the Plaintiff has had to shower and share other intimate facilities with biological males, in a women's federal prison, throughout the United States, in violation of her constitutional and statutory rights.

The Plaintiff has repeatedly expressed her emotional distress over this immoral conduct by federal officials at every women's federal prison in which she has been housed with male biological inmates.

Many of these male inmates are incarcerated for harming women and children, sexually assaulting these victims. Still, federal officials allowed these men to see women naked in showers. Women were denied all emotional support by Psychology Services, irrespective of the fact many were sexually abused as children by men.

The Plaintiff has been fighting this battle for years. In the first case, an agreement was reached to change the FBOP transgender policy. However, when a new president was elected, that agreement was scrapped, and even more male inmates were brought into women's prisons.

The Plaintiff's ultimate goal is to receive a consent decree where no matter who the President of the United States may be, there can never again be male inmates in women's federal prisons.

President Trump has supported the Plaintiff's efforts by issuing an executive order to remove these male inmates from women's prisons, but this was circumvented by a court outside of this district.

For now, the Plaintiff is seeking declaratory and injunctive relief, to permanently remove all biological male inmates out of women's federal prisons. The Plaintiff is seeking her removal from the custody of the FBOP until this case is resolved.

II. PARTIES

1. Plaintiff Rhonda Fleming, is a biological woman who has been incarcerated for over 10 years with biological male inmates in several women's federal prisons, in violation of her constitutional rights and statutory laws. Plaintiff Fleming is currently in custody at Federal Medical Center-Carswell.

2. Defendant Warden T. Rule is the CEO of Federal Medical Center-Carswell and is being sued in his individual and official capacity. Defendant Warden Rule has been enforcing the unconstitutional FBOP transgender policy against biological women.

3. Defendant FBOP Director William Marshall, III is the current director of the federal prison system. Defendant Director

Case 4:25-cv-00157-D   Document 17   Filed 04/18/25   Page 2 of 6   PageID 57

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N
-----------------------------------------------------------------------------------------------

Marshall is listed as a Defendant to allow the Court to issue any orders to enjoin the FBOP from violating President Trump's Executive Order to remove all male inmates out of women's prisons, thus is being sued in his official capacity only.

III. JURISDICTION AND VENUE

The Court has jurisdiction over this Complaint pursuant to 28 U.S.C. Section 1331-1332 and the Declaratory Judgment Act, 28 U.S.C. Section 2201-2202

The administrative remedy procedure has been exhausted. The Plaintiff made several requests, in writing and verbally, for administrative remedy forms, which were never provided. The Plaintiff has copies of electronically sent requests for these forms. Therefore, in accordance with the Prison Litigation Reform Act, the Court has jurisdiction to review these claims.

Venue is proper because there are ongoing constitutional violations. Additionally, the Defendants are violating Texas State Penal Code 21.17, within this district, by allowing male inmates to commit voyeurism, a sex crime.

III. FACTUAL ALLEGATIONS

The Defendants have a transgender policy which forces biological women inmates to live with biological male inmates who claim to be "transwomen." There is no such thing as a "transwomen." There is no case law precedent for the placing of men in women's prisons.

The historical norm for the protection of women has been sex segregated prisons. This policy was enacted without any input from women's groups opposed to men in women's prisons.

Federal Medical Center-Carswell is a women's federal prison. The Defendants are allowing biological male inmates who claim to be women, to be housed with the Plaintiff, a biological woman, in violation of her bodily privacy and religious beliefs.

The Plaintiff is forced to shower and use other intimate facilities with biological male inmates. These male inmates routinely view the Plaintiff naked in the showers and when she is using the toilet. The Plaintiff is completely denied bodily privacy at FMC-Carswell.

Voyeurism, in violation of Texas Penal Code 21.17, a sex crime, is allowed at FMC-Carswell. Male inmates are allowed by Defendant Warden T. Rule to see the Plaintiff and other women in the showers and toilet areas, while they are naked.

The Plaintiff has made numerous requests, verbally and in writing, asking to be removed from this emotionally distressing, immoral situation, to Defendant Warden Rule, but he has denied all requests. Instead, Defendant Warden Rule and his employees continue to force the Plaintiff to live in a housing unit with five or more biological male inmates. At least two of these male inmates are sex offenders.

The Plaintiff is a Messianic Jewish woman. The Plaintiff's religious beliefs bar exposing her body to the opposite sex, outside of marriage. The Plaintiff refuses to worship with male inmates, alleging they are women, which is an abomination before God. The Plaintiff is denied her right to worship in the prison chapel and in Jewish services, due to the presence of these male inmates.

The Plaintiff and other women of faith are completely denied all constitutional protections of their religious beliefs by Defendant Warden Rule. Although the President has ordered a stop to "transgender lunacy," Defendant Warden Rule vigorously assisted male inmates in maintaining their "right" to be in a women's prison.

The Plaintiff is suffering physical pain due to this unlawful policy, to include headaches, stomach pain, insomnia, and reasonable fear of assault by male inmates and/or prison officials angry with the Plaintiff for revealing their opposition to President Trump's executive order to remove these male inmates from the prison. A large number of prison employees are opposed to enforcing President Trump's executive order.

Defendant Warden Rule and his employees has refused to make any accommodation for the Plaintiff's physical and/or emotional health, even after the President issued an executive order in support of the Plaintiff's litigation. Many accommodations have been given to the male inmates, such as special calls to their supporters, allowing them to continue to live in housing units with women, and forcing inmates and officers to continue to address them as "women," in violation of the President's executive order.

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

------------------------------------------------------------------------------------------------

The Plaintiff has reported physical and verbal threats by the male inmates due to her litigation, in writing and verbally, but Defendant Warden Rule has done nothing to protect the Plaintiff from being intimidated by numerous male inmates in the prison. The male inmates walk around stating Defendant Warden Rule is "on their side." Some male inmates have stated they plan to attack the Plaintiff when they know for sure they are going back to men's prisons.

The Plaintiff is also in jeopardy of being placed in the Special Housing Unit due to her litigation, where for pure malice the Defendants would lock the Plaintiff in a cell with a biological male inmate. The Plaintiff lives in daily fear of being assaulted in a locked cell with male inmates. Other women at the prison have spent months in SHU cells with male inmates.

In April 2025, when the Plaintiff was discussing another subject with Defendant Warden Rule, he stated, "I don't hold a grudge against you." As a prison official, no government employee should be holding a "grudge" against any inmate/plaintiff for telling the truth and utilizing their constitutional right to petition a court for relief. The Plaintiff took this as a sly threat by Defendant Warden Rule because it was unnecessary to bring up the current litigation, when the Plaintiff was discussing a needed hair product.

Defendant Warden Rule has been deliberately indifferent to the physical safety and emotional welfare of the Plaintiff. His behavior has been reckless, in refusing any and all accommodations to the Plaintiff, who has displayed sincerely held beliefs against men in women's prisons, for her bodily privacy and religious freedom.

Defendant Warden Rule is aware that women are being seen in the showers and toilet areas, when they are naked, by the men in the prison. He has refused to protect the Plaintiff from being a victim of voyeurism by male inmates who intentionally watch the Plaintiff in the shower, due to her litigation, to intimidate her.

FMC-Carswell is a transgender haven for violent, sex offender, biological male inmates, many of whom are not identifying as being "women" but truly making the allegation to have access to sex with women prisoners and/or avoid being placed where they belong, in a men's prison.

IV. CLAIMS FOR RELIEF

The Plaintiff has a right to a declaratory judgment, in accordance with 28 U.S.C. Section 2201-2202, stating it is unconstitutional to force biological women to shower with biological male inmates, or be locked in segregation cells with these male inmates. This is a violation of bodily privacy from the opposite sex. It is cruel and unusual punishment, not contemplated by any sentencing court, in violation of the 8th Amendment of the U.S. Constitution.

The Plaintiff is currently in imminent danger of retaliation by the Defendants or attack by male inmates. The prison is full of transgender activists employees, to include one of the associate wardens, who presents as being a man, but is a biological woman. Therefore, the Plaintiff requires injunctive relief for her protection, to be removed from the custody of the FBOP until this case is resolved. The Plaintiff continues to suffer irreparable harm by being denied bodily privacy and religious freedom, thus requiring injunctive relief in accordance with Rule 65, for the Federal Rules of Civil Procedure.

The Defendants are violating the Plaintiff's 1st Amendment right to freedom of speech and religious freedom, by forcing her to worship with male inmates who allege they are women, which is an abomination before God, in the Judeo-Christian faith.

The Plaintiff has suffered intentional emotional distress due to the unconstitutional policies of the Defendants.

V. PRAYER FOR RELIEF

The Plaintiff prays for judgment against the Defendants, as follows:

1. An order declaring the FBOP Transgender Policy is unconstitutional and was always unconstitutional, from its inception;

2. An order requiring the Defendants and their employees to permanently end all transgender policies;

3. An order preliminarily removing the Plaintiff from the custody of the FBOP for her safety, pending the resolution of this Complaint;

4. An award of compensatory, punitive, and nominal damages to the Plaintiff to be determined at trial;

5. An order retaining jurisdiction of this case until the Defendants have fully complied with the orders of this Court; and,

6. Any other relief the Court deems necessary.

Respectfully Submitted,

_____
Rhonda Fleming, Plaintiff
April 14, 2025
FMC-Carswell
#20446-009
PO Box 27137
Fort Worth, Texas 76127

VERIFICATION

The Plaintiff swears under penalty of perjury, pursuant to 28 U.S.C. 1746 that all statements in this First Amended Complaint are true and correct to the best of her knowledge.

_____
Rhonda Fleming, Declarant
April 14, 2025

CERTIFICATE OF SERVICE

Service is made by the United States District Clerk electronic filing of this document.

_____
Rhonda Fleming, Plaintiff

Rhonda Fleming 20446-009
PO Box 27137
Fort Worth, TX 76127

RECEIVED
APR 16 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

DALLAS TX 750
15 APR 2025 PM 6 L

United States District Court
Office of the Court
501 West 10th Street
Fort Worth, TX 76102-3613

Legal Mail

76102-363799

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 4/15/25

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raised a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)