## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **RHONDA FLEMING,** | § | |
| **Institutional ID No. 20446-009** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:25-cv-157-O** |
| **VS.** | § | |
| | § | |
| **WARDEN T. RULE,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

Plaintiff Rhonda Fleming is proceeding pro se in this prisoner civil-rights action. Her first amended complaint is subject to preliminary screening under 28 U.S.C. § 1915A. *See* Am. Compl., ECF No. 17. As part of the screening process, the Court is authorized to dismiss a prisoner's claim before service of process if it concludes that the claim is frivolous, malicious, or fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. *See 28* U.S.C. § 1915A(b); *see also Fleming v. United States*, 538 F. App'x 423, 425 (5th Cir. 2013). When it is not apparent from the face of the complaint whether the prisoner's claims have merit, the district court should provide the prisoner an opportunity to develop the factual basis of those claims to ensure that they are not dismissed prematurely. *See Parker v. Carpenter*, 978 F.2d 190, 192 (5th Cir. 1992) (citing *Jackson v. Cain*, 864 F.2d 1235, 1241 (5th Cir. 1989)).

After reviewing Fleming's first amended complaint, it is unclear whether her claims have plausible merit. To further develop the facts underlying Fleming's claims, the court **ORDERS** her to complete the attached questionnaire and file it with the clerk of court **within 30 days**.

If Fleming fails to comply with this order, the court may dismiss this action without prejudice, without further notice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED** this **5th day** of **June, 2025.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, | § | |
| Institutional ID No. 20446-009 | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:25-cv-157-O |
| VS. | § | |
| | § | |
| WARDEN T. RULE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## DISTRICT COURT INSTRUCTIONS TO PLAINTIFF

Fleming must answer the court's attached questions in the space provided on the following pages. Fleming may not attach additional pages to her answers. If she does so, the court will strike and not consider them.

Fleming must answer the court's questions to the best of her ability based on her personal knowledge. She must plead specific facts in response to the court's questions. At this stage of litigation, the court is seeking factual information only and will not consider any conclusory statements or legal arguments.

Fleming must sign the attached verification certificate under penalty of perjury and file it, along with her answers, with the clerk of court **within 30 days**. If Fleming fails to do so, the court may dismiss this action without prejudice, without further notice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

- 3 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RHONDA FLEMING,** | § | |
| **Institutional ID No. 20446-009** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:25-cv-157-O** |
| **VS.** | § | |
| | § | |
| **WARDEN T. RULE,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S ANSWERS TO THE COURT'S QUESTIONNAIRE**

In your first amended complaint, you claim that Defendants are unlawfully enforcing the Federal Bureau of Prisons (BOP)'s "transgender policy" at FMC Carswell, which forces you to shower and live with biological men who claim to be transgender women. You appear to argue that Defendants' enforcement of the policy violates your First, Fifth, and Eighth Amendment rights and an executive order issued by President Trump.

You ask the court to declare that the BOP's transgender policy is unconstitutional; order Defendants to "end all transgender policies;" order your removal from prison while the court adjudicates your constitutional claims; and award you compensatory, punitive, and nominal damages.

**QUESTION 1:** Under which federal statutes or doctrines do you contend that you are entitled to seek such relief for Defendants' conduct? Be specific. The statutes that you cite (28 U.S.C. §§§§ 1331, 1332, 2201, 2022) do not establish a separate cause of action.

**ANSWER:**

_____

_____

_____

_____

_____

_____

**QUESTION 2:**  It is unclear which transgender policy you intend to challenge in this case. Please clarify.  Do you intend to challenge that BOP's transgender policy that became effective under President Biden's administration?

Answer yes or no.  If your answer is yes, identify the policy title and number if you are able. In addition, please clarify if it is your contention that such policy is still being enforced at FMC Carswell.

**ANSWER:**

_____

_____

_____

_____

_____

_____

_____

**QUESTION 3:**  Is it your contention that the BOP modified its prior transgender policy and implemented a new one in response to President Trump's executive order?

Answer yes  or no.  If your answer is yes, identify the policy title and number if you are able. In addition, please clarify whether you intend to challenge the legality of the new transgender policy in this case.

**ANSWER:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**QUESTION 4:**  You allege in a conclusory manner that "[t]he administrative remedy procedure has been exhausted."  Do you contend that you properly exhausted all of your available administrative remedies related to your complaint with the Federal Bureau of Prisons before you filed this lawsuit?

Answer yes or no.  If your answer is yes, describe in detail what specific steps you took to do so, when you took each step, and the outcome of each step.  If your answer is no, explain in detail why you did not exhaust your available administrative remedies.

**ANSWER:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**QUESTION 5:**  Do you contend that you have sustained an injury as a result of having to shower and live among biological male inmates?

Answer yes or no.  If your answer is yes, please describe the nature of each injury and state the specific date on when you first became aware of each injury?

**ANSWER:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**QUESTION 6:**  You allege that Warden Rule has been deliberately indifferent to your physical safety and emotional welfare.  State all of the specific facts that you rely on in support of this claim.  Describe Warden Rule's personal actions or omissions, if any,  that you contend are unlawful,  and provide the specific date for each act or omission.

**ANSWER:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**QUESTION 7:**  As of today, are FMC Carswell prison officials still forcing you to shower with biological male inmates who claim to be transgender women?  Answer yes or no.

**ANSWER:**

_____

_____

_____

**QUESTION 8:**  Since you filed this lawsuit, have prison officials at FMC Carswell taken any specific measures to address your complaint, accommodate your concerns, or otherwise comply with President Trump's executive order?

Answer yes or no.  If your answer is yes, describe what specific measures or actions have been taken.

**ANSWER:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**QUESTION 9:** As of today, have all biological male inmates who claim to be transgender women been removed or transferred from FMC Carswell? Answer yes or no.

**ANSWER:**

_____

_____

_____

_____

**QUESTION 10:** Have you previously filed any other lawsuits in any state or federal court that challenges the same transgender policy that you intend to challenge in this case?

Answer yes or no. If your answer is yes, provide each case number and the name of the court in which each case was filed.

**ANSWER:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

## <u>VERIFICATION</u>

**STATE OF TEXAS**                              §
                                                §    **Civil Action No. 4:25-cv-157-O**
**COUNTY OF TARRANT**                           §

      I understand that making a false statement or answer to any question in this cause of action will subject me to penalties for perjury. I hereby verify and declare under penalty of perjury that my answers to the court's questionnaire are true and correct. *See* 28 U.S.C. § 1746.

      **SIGNED** on this _____day of _____, 2025.


_____
Plaintiff Rhonda Fleming