TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N



FROM: 20446009
TO: Jd, Jd
SUBJECT: LETTER TO THE CLERK
DATE: 06/13/2025 06:06:10 AM

RE: Rhonda Fleming v. Warden T. Rule, No. 25-cv-00157
QUESTIONAIRE?

Dear Clerk:

On June 5, 2025, the Court ordered that a questionnaire be completed by me. I have not received the questionnaire. Today, is June 13, 2025, so I should have already received it.

Below is a print out of the docket sent by my family, who is monitoring the case by PACER. I would not have known about the questionnaire if not for PACER.

Please send the questionnaire and mark the envelope "Open In The Presence of the Inmate, LEGAL MAIL" so that I have to sign for it.

We are having many problems with court orders being delivered to us. Additionally, we are suing the warden, so this could be the issue. He is a supporter of men in women's prisons.

Respectfully,

Rhonda Fleming
Plaintiff

-----Jd, Jd on 6/9/2025 4:51 PM wrote:

>

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2025 | 18 | Plaintiff's Motion to Reopen Case and Grant 30 Days to Pay Filing Fee filed by Rhonda Fleming (wxc) (Entered: 05/06/2025) |
| 05/09/2025 | 19 | ORDER: The Court DENIES the 18 motion. Plaintiff did not pay the filing fee by April 24, and the Court will not peremptorily reopen this case without prepayment of the filing fee. (Ordered by Judge Reed C. O'Connor on 5/9/2025) (bdb) (Entered: 05/09/2025) |
| 05/09/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:19. Fri May 9 13:32:29 CDT 2025 (crt) (Entered: 05/09/2025) |
| 05/21/2025 | 20 | Plaintiff's Motion to Reopen Case filed by Rhonda Fleming (wxc) (Entered: 05/21/2025) |
| 05/22/2025 | 21 | ORDER: After review, the Court finds that there is good cause to reopen this case and GRANTS Fleming's 20 motion. The Court therefore VACATES its April 15 15 dismissal order and 16 judgment and ORDERS as follows: Service of process will be withheld pending judicial screening of Fleming's 17 first amended complaint under 28 U.S.C. § 1915A. (Ordered by Judge Reed C. O'Connor on 5/22/2025) (jnp) (Entered: 05/22/2025) |
| 05/22/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:21. Thu May 22 12:41:32 CDT 2025 (crt) (Entered: 05/22/2025) |
| 06/05/2025 | 22 | ORDER: After reviewing Fleming's first amended complaint 1 , it is unclear whether her claims have plausible merit. To further develop the facts underlying Fleming's claims, the court ORDERS her to complete the attached questionnaire and file it with the clerk of court within 30 days. (Ordered by Judge Reed C. O'Connor on 6/5/2025) (sre) (Entered: 06/05/2025) |
| 06/05/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:22. Thu Jun 5 14:50:27 CDT 2025 (crt) (Entered: 06/05/2025) |

Rhonda Fleming #20446-009
Federal Medical Center-Carswell
PO Box 27137  2-North
Fort Worth, Texas 76127

RECEIVED
JUN 23 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
16 JUN 2025 PM 8 L



United States District Court
Office of the Clerk
501 West 10th Street
Fort Worth, TX 76102

76102-385735