IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **RHONDA FLEMING,** § | |
| **Institutional ID No. 20446-009** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | Civil Action No. 4:25-cv-157-O |
| § | |
| **WARDEN T. RULE,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER

In this civil-rights action, pro-se plaintiff Rhonda Fleming complains about the conditions of her confinement in FMC Carswell. On June 5, 2025, the Court ordered Fleming to complete and file her answers to the Court's screening questionnaire within 30 days (by July 7). *See* Order, ECF No. 22. On July 1, the clerk of Court received and docketed Fleming's motion dated June 19. *See* Mot., ECF No. 24. She asks the Court to provide her another copy of the Court's questionnaire because she never received it.

After review, the Court **GRANTS** the motion and will provide Fleming additional time to answer the Court's questionnaire. If Fleming intends to proceed with this action, she must complete and file her answers to the Court's June 5 screening questionnaire **by July 25, 2025**. If Fleming does not timely comply, the Court will, without further notice, dismiss this action without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Court **DIRECTS** the clerk of Court to mail a courtesy copy of its June 5, 2025 order and attached questionnaire (ECF No. 22) to Fleming and the acting warden of FMC Carswell.

**SO ORDERED** this **7th day** of **July, 2025.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE