UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



RHONDA FLEMING

V.                                    NO.   4:25-cv-157-O


WARDEN T. RULE


PLAINTIFF'S EXHIBITS IN SUPPORT OF TEMPORARY RESTRAINING ORDER


The Plaintiff files two exhibits, in support of the Court granting
injunctive relief.


Exhibit-A, is a email sent to Defendant Warden Rule, after he instructed
his employees to seize letters the Plaintiff, inmate Brenda Kirk, and other
women were sending to President Trump regarding male inmates in prison with
women, in violation of his executive order.  Later, the Plaintiff and Ms.
Kirk were written incident reports for engaging in lawful legal activities.
This exhibit proves that Warden Rule is aware of the distress and anger his
policies are causing the Plaintiff and other women at the prison.

Exhibit-B, is an email to the BOP Liaison showing the Warden is blocking
the processing of administrative remedies.  He has been referred to
Internal Affairs.


Respecfully Submitted,

Rhonda Fleming, Plaintiff

6/27/25

Certificate of Service
Service is performed by the
electronic filing of this document
by the U. S. Clerk

-----FLEMING, RHONDA ANN on 5/21/2025 12:38 PM wrote:

>

RE:  UNLAWFUL INTIMDIATION OF WOMEN SEEKING REMOVAL OF
     BIOLOGICAL MALES FROM WOMEN'S PRISONS.

Warden Rule,

It is racist and sexist for you to send SIS to intimidate a woman, inmate Brenda Leigh Kirk, who are requesting a pardon and/or clemency based on sexual abuse, denial of medical treatment, and the intervention of a DC court in stopping President Trump's Executive Order to remove male inmates out of women's prisons.

We have a constitutional right to assist each other in applying for a pardon or clemency.  We all share the same issue:  We want men out of women's prisons and should be compensated with sentence reductions for being part of a DEI policy, which was a violation of women's civil rights.

You had your henchman issued a warning to stop women from begging the President and Ms. Alice Johnson, the Pardon Czar

for help.  They even conviscated the letters women have been sending to the Pardon Czar.  You have no right to confiscate legal documents, which are telling the truth.

Women from Dublin were sexaully abused and they are sexually traumatized by showering with men, who have a penis and are having sex in the showers and bathrooms everyday.  This transgender mess was a scam for regular men to get into women's prisons.

The President ordered these men removed from our showers and you are sending your employees to intimidate inmates involved in lawful activity.  We have a 1st Amendment right to send out all the letters we want, to President Trump and his Pardon Czar, asking for relief from men being in women's prisons.

Many of your staff hate the presence of these men in showers with us.  They have expressed their distaste with your support of men in women's prisons.  And when OIA gets here, these employees will tell what you have been up to against biological women.

As for that white supremacist that you cater to,  Peter Langan, he does bother women.  He bothers women in the upstairs showers. Do you think he is just having sex with the woman in 1-North?  He stalks the showers, too.   He tries to read our emails as we type them.  He is very aggressive and angry a Black woman will soon send him back to a men's prison.

And, I know you are angry about it too.  You are a white man, backing another white man, in something that is immoral and anti-woman.

I will be forwarding this email to the Dublin Monitor, OIA, Ms. Epplin, Judge Reed O'Connor, and the President of the United States.  President Trump  should know how his employees are back-stabbing him, and trying to physically intimidate women from reporting what is happening to us.  We are being sexually abused with the approval of the warden at FMC-Carswell.

We need help from your 100% misconduct against biological women.

When OIA and Ms. Epplin sees that letter to Ms. Alice Johnson, you will be referred for disciplinary action.  Woman have a right to stand together against men in our showers.

Rhonda Fleming

EX-A

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

---------------------------------------------------------------------------------------------

FROM: Dublin Liaison
TO: 20446009
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/17/2025 01:37:02 PM

I am referring your allegation to Internal Affairs as I reviewed SENTRY and do not see where you have any logged for this year (2025) either. I believe you may file straight to the Region on a BP-10 and notate you did receive a response or a receipt for your BP-9's.

Ms. E

J. Epplin, BOP Liaison

As a reminder, this email box does not replace the BOP Administrative Remedy Program. This email is not to be used in place of regular PREA reporting. This email box is not monitored 24 hours a day/7 days a week and you may not receive a response for a few business days or may not receive a response if not a Dublin Consent Decree related concern.

---

From: ~^! FLEMING, ~^!RHONDA ANN <20446009@inmatemessage.com>
Sent: Monday, June 16, 2025 1:03 PM
Subject: ***Request to Staff*** FLEMING, RHONDA, Reg# 20446009, CRW-I-N

To: Administrative Remedy Process
Inmate Work Assignment: na

Ms. Epplin:

On May 29, 2025, I submitted 3, BP-9 administrative remedy forms, to Counselor Cooperwood.

On May 30, 2025, I submitted 2, BP-9 administrative remedy forms, to Counselor Cooperwood.

Today, I requested my receipts for these ARs. The grievance coordinator has not logged in these grievances, which is a scam.

I journal when I send out mail and when I submit administrative remedies.

You have sent several emails telling me to address my concerns in administrative remedies. I have a FBOP employee as a witness these documents have been submitted.

What is the next step, if administrative remedies are not being processed?

Thank You,

Rhonda Fleming

EX- B



Rhonda Fleming 20446-009
Federal Medical Center Carswell
PO Box 27137
Fort Worth, TX 76127

United States District Court
Office of the Clerk
501 West 10th Street
Fort Worth, TX 76102

RECEIVED
JUL - 8 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail