TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CRW-I-N

---

FROM: Jd, Jd
TO: 20446009
SUBJECT: Fleming v. Warden T. Rule, No. 25-cv-157-O, ND Tex
DATE: 07/12/2025 09:21:03 PM

| ate Filed | # | Docket Text |

06/05/2025   22   ORDER: After reviewing Fleming's first amended complaint 1 , it is unclear whether her claims have plausible merit. To further develop the facts underlying Fleming's claims, the court ORDERS her to complete the attached questionnaire and file it with the clerk of court within 30 days.. (Ordered by Judge Reed C. O'Connor on 6/5/2025) (sre) (Entered: 06/05/2025)

06/05/2025   ***Clerk's Notice of delivery: (see NEF for details) Docket No:22. Thu Jun 5 14:50:27 CDT 2025 (crt) (Entered: 06/05/2025)

06/23/2025   23   Status Request by Rhonda Fleming. (Doc 22 remailed to plaintiff). (sre) (Entered: 06/23/2025)

07/01/2025   24   Request for Copy of Order 22 by Rhonda Fleming (document previously remailed on 6/23/25) (mmw) (Entered: 07/01/2025)

07/07/2025   25   ORDER: the Court GRANTS the motion 24 and will provide Fleming additional time to answer the Court's questionnaire. If Fleming intends to proceed with this action, she must complete and file her answers to the Court's June 5 screening questionnaire by July 25, 2025. If Fleming does not timely comply, the Court will, without further notice, dismiss this action without prejudice for failure to prosecute. See FED. R. CIV. P. 41(b). (Ordered by Judge Reed C. O'Connor on 7/7/2025) (wxc) (Entered: 07/07/2025)

07/07/2025   ***Clerk's Notice of delivery: (see NEF for details) Docket No:25,22. Mailed to Fleming and the acting warden of FMC Carswell Mon Jul 7 15:38:16 CDT 2025 (crt) (Entered: 07/07/2025)

07/08/2025   26   Plaintiff's Motion for Temporary Restraining Order filed by Rhonda Fleming (wxc) (Additional attachment(s) added on 7/9/2025: # 1 Exhibit(s) Exhibits in Support of Temporary Restriaing Order) (wxc). (Entered: 07/09/2025)

---

7/14/25

Dear Clerk—

I mailed the questionnaire, twice, on June 30, 2025 and July 7, 2025. The first copy your office mailed to me was held for weeks— I signed for it & dated their log.

The second copy questionnaire your office mailed 7/7/25, has not been delivered to me.

I want Judge O'Connor to be aware that his orders are not being delivered in a timely manner.

Respectfully,
Rhonda Fleming
Plaintiff

Rhonda Fleming #20446-009
Federal Medical Center-Carswell
PO Box 27137  2-North
Fort Worth, Texas 76127

RECEIVED
JUL 17 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



NORTH TEXAS TX P&DC
DALLAS TX 750
14 JUL 2025 PM 4 L

United States District Court
Office of the Clerk
501 West 10th Street
Fort Worth, TX 76102

75102-353759

Legal Mail