IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, | § | |
| Institutional ID No. 20446-009 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:25-cv-157-O |
| | § | |
| WARDEN T. RULE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In this prisoner civil-rights action, which is pending judicial screening under 28 U.S.C. § 1915A, pro-se plaintiff Rhonda Fleming complains about the alleged unlawful conditions of her confinement at FMC Carswell. *See* Am. Compl., ECF No. 17. Fleming's complaint stems from her allegations that she is forced to live among and use the shower and restroom facilities with many violent biological men who claim to be transgender women, in contravention of an executive order issued by President Trump.

On May 22, 2025, the Court issued an order instructing Fleming that, among other things, she could not file any further amendments or supplements to her first amended complaint without first seeking and obtaining approval from the Court to do so. *See* Order, ECF No. 21 at 1. The Court warned Fleming that, if she disregarded its instructions, the Court would strike any unauthorized amendment or supplement. *Id.* Additionally, on June 5, the Court ordered Fleming to answer its screening questionnaire regarding the claims raised in her first amended complaint. *See* Order, ECF No. 22.

The clerk of Court received and docketed Fleming's questionnaire answers two days ago. *See* Answers, ECF No. 27. The same day, the clerk of Court also received and docketed Fleming's second amended complaint. *See* Second Am. Compl., ECF No. 29.

  Because Fleming did not seek or obtain prior Court approval to file her second amended complaint, in accordance with its May 22 order, the Court **STRIKES** it from the docket sheet of this action. Fleming's first amended complaint (ECF No. 17) and recent answers to the Court's screening questionnaire (ECF No. 27) constitute the live claims that remain pending judicial screening under § 1915A.

  **SO ORDERED** this **18th day** of **July, 2025.**

*[Signature: Reed O'Connor]*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**