IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RHONDA FLEMING,**<br>Institutional ID No. 20446-009 | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| VS. | § | Civil Action No. 4:25-cv-157-O |
| **WARDEN T. RULE,** *et al.*, | §<br>§<br>§ | |
| Defendants. | §<br>§ | |

## **ORDER**

The Court **DIRECTS** the clerk of Court to reassign this case to United States District Judge Sidney A. Fitzwater. This case will now be numbered Civil Action No. 4:25-CV-00157-D.

**SO ORDERED** this **18th day** of **July, 2025.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**