FROM: 20446009
TO:
SUBJECT: MOTION TO SUPPLEMENT/ADD DEFENDANT-157
DATE: 07/18/2025 06:41:12 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RHONDA FLEMING

V.                                    NO. 25-CV-157-o

WARDEN T. RULE

PLAINTIFF'S MOTION TO SUPPLEMENT/ADD DEFENDANT

The Plaintiff has filed a "Second Amended Complaint," naming a Defendant as "Unknown Author of BOP Transgender Policy."

The Plaintiff has obtained the name of the Federal Bureau of Prisons employee who authored the policy, acted to implement the policy, thus liable in her individual and official capacity.

That employee is Alix McLaren, in place of the Unknown Author.

The Plaintiff moves the Court to add Alix McLaren as a Defendant.

Respectfully Submitted.

Rhonda Fleming, Plaintiff
July 18, 2025
FMC-Carswell
PO Box 27137
Fort Worth, Texas 76127

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this document by the U.S. District Clerk.

Rhonda Fleming, Plaintiff

