IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:25-CV-0157-D |
| VS. | § | |
| | § | |
| WARDEN T. RULE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### **ORDER**

In this civil rights action, *pro se* plaintiff Rhonda Fleming ("Fleming") complains about the conditions of confinement at FMC Carswell. On July 18, 2025, Judge O'Connor, before whom the case was then pending, struck Fleming's unauthorized second amended complaint, in which she sought, among other things, to add "Unknown Author of Transgender Policy" as a named defendant. ECF No. 31.[*] Fleming has since filed two motions that appear to have been mailed to the court before she received notice of Judge O'Connor's July 18 orders.

In her first motion, Fleming seeks to correct the name of "Unknown Author of Transgender Policy" to Alix McLaren. ECF No. 35. Because Fleming's second amended complaint was stricken, it is no longer a live pleading, and this defendant is not a named party to this action. In turn, the court concludes that there is nothing to correct and denies Fleming's motion as moot. As Judge O'Connor previously instructed, if Fleming intends to amend her first amended complaint, she must first seek leave of court to do so in accordance with the court's local civil rules. *See* N.D. Tex. Civ. R. 15.1.

---

[*]On July 18, Judge O'Connor also denied without prejudice on procedural grounds Fleming's motion for preliminary injunctive relief and reassigned this case to the undersigned's docket.

In her second motion, Fleming asks the court to stay this case for 30 days while she seeks to procure counsel to represent her. She asserts that a law firm is considering taking her case and needs additional time to reach a decision.

After reviewing Fleming's motion and the procedural posture of this case, the court grants her motion and stays this action for 30 days. The court will consider lifting the stay after the 30-day period expires. During the stay, the court will not consider any additional pleadings that Fleming files unless she moves for, and obtains, a lifting of the stay.

Fleming's request that the court docket an additional copy of her answers to the court's screening questionnaire is denied as unnecessary. The clerk of court already received and docketed Fleming's answers on July 14, 2025.

**SO ORDERED**.

July 23, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE