IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:25-CV-0157-D |
| VS. | § | (Consolidated with |
| | § | Civil Action No. 4:25-CV-0438-D) |
| WARDEN T. RULE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In this consolidated civil rights action, *pro se* plaintiffs Rhonda Fleming ("Fleming") and Miriam Crystal Herrera ("Herrera") complain that the conditions of their confinement at FMC Carswell are unconstitutional and unsafe. They seek the appointment of counsel and a temporary restraining order and/or preliminary injunctive relief.

I

After conducting the screening required under 28 U.S.C. § 1915(e)(2) and § 1915A, the court concludes that plaintiffs have pleaded sufficient facts to state a plausible claim for relief. Additionally, after considering the nature of plaintiffs' claims and the fact that they are incarcerated at FMC Carswell, the court finds that appointment of counsel is warranted and will serve the interests of justice, judicial economy, and all parties in this action. Accordingly, the court grants the motion to appoint counsel (ECF No. 43). *See* 28 U.S.C. § 1915(e)(1); *see also Parker v. Carpenter*, 978 F.2d 190, 193 (5th Cir. 1992) (citations omitted) (directing district court on remand to appoint counsel to represent *pro se* prisoner in a civil rights action that would require him to investigate the policies and employees of the prison where he was incarcerated).

The court appoints the following attorneys and law firm to represent the plaintiffs in this action: Brown Fox PLLC, and attorneys Cort Thomas, Paulette Miniter, C. Alan Carrillo, and Andrew C. Debter of that firm. The firm's address is 8111 Preston Road, Suite 300, Dallas, Texas 75225, and its main telephone number is 214-327-5000.[*]

II

Because the court has completed screening plaintiffs' consolidated complaints, plaintiffs would ordinarily be responsible at this juncture for serving defendants in accordance with Rule 4. *See* Fed. R. Civ. P. 4. Given the recent procedural developments in this case, however, the court finds that a United States deputy marshal is better equipped to serve defendants in an expeditious manner and should do pursuant to Rule 4(c)(3). *See* Fed. R. Civ. P. 4(c)(3). Accordingly, it is ordered that service of process be made by a United States deputy marshal.

III

Accordingly, the court orders the following:

1. The clerk of court shall: (a) complete, sign, and seal two summonses (AO-440) and complete one process form (USM-285) for each defendant named in this case—Warden T. Rule and Federal Bureau of Prisons Director William Marshall III; and (b) upon completion of the forms, issue the summonses and forward them, along with the USM-285 forms and copies of Plaintiffs' amended complaints (ECF Nos. 17, 42) and answers to the court's screening questionnaires (ECF Nos. 27, 44), Fleming's motion for preliminary injunctive relief (ECF No. 38), and this order to a United

---

[*]Before their appointment, the court had limited written communications and a conference call with plaintiffs' counsel for purposes of determining whether they were willing and able to accept the appointment. No *ex parte* communications concerning the merits of this consolidated case occurred.

States deputy marshal for service on defendants.

    2. After receiving these documents, a United States deputy marshal shall serve defendants in accordance with Rule 4(i), which governs service on the United States and its agencies, officers, and employees. *See* Fed. R. Civ. P. 4(i).

## IV

    Because the plaintiffs in this consolidated action are now represented by counsel, the court will not accept any *pro se* pleadings from these plaintiffs unless they move for, and obtain, leave of court to file the pleading. Unauthorized *pro se* pleadings will be subject to being stricken.

## V

    The court directs the clerk of court to send a courtesy copy of this order to the acting warden of FMC Carswell.

    **SO ORDERED**.

    August 27, 2025.

                                          SIDNEY A. FITZWATER
                                          SENIOR JUDGE