## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-0157-D |
| | § | (Consolidated with |
| WARDEN T. RULE, WILLIAM K. | § | Civil Action No. 4:25-CV-0438-D) |
| MARSHALL, III, PAMELA J. BONDI, | § | |
| and UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Complaint

[Dkt. __] (the "Motion"). Having considered the Motion, the Court is of the opinion that it should

be and hereby is **GRANTED**. Accordingly, the Clerk of the Court is directed to enter the Verified

Amended Complaint attached to the Motion as a separate entry in this matter.

**SO ORDERED.**

_____, 2025.

_____
SIDNEY A. FITZWATER
SENIOR UNITED STATES DISTRICT JUDGE

1