**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| RHONDA FLEMING and | § | |
| MIRIAM CRYSTAL HERRERA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-0157-D |
| | § | (Consolidated with |
| WARDEN T. RULE, WILLIAM K. | § | Civil Action No. 4:25-CV-0438-D) |
| MARSHALL, III, PAMELA J. BONDI, | § | |
| and UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE
LIMITATION IN MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY AND PERMANENT INJUNCTION**

Plaintiffs Rhonda Fleming and Miriam Crystal Herrera ("Plaintiffs") respectfully move for leave to exceed the page limitations set forth in Local Civil Rule 7.2(c) for Plaintiffs' Motion for Temporary Restraining Order and Preliminary and Permanent Injunction (the Motion") [Dkt. 58] and would respectfully show the Court the following:

Under Local Rule 7.2(c), a brief in support of a motion is limited to 25 pages, unless the Court grants leave to exceed that limit. *See* N.D. TEX. LOC. CIV. R. 7.2(c). Plaintiffs filed their Motion on November 3, 2025. Because of the urgent nature of the requested relief and the complexity of the factual and legal issues—including constitutional claims, statutory claims under RFRA and the APA, evidentiary support from declarations, and multiple requests for equitable relief—Plaintiffs' brief totals 30 pages, five pages over the local rule's default limit. Plaintiffs inadvertently failed to seek leave to exceed the page limit before filing. The oversight was unintentional, and Plaintiffs file this motion promptly upon identifying the issue.

1

The excess pages were necessary to: (a) provide a complete factual record regarding Plaintiffs' circumstances and imminent harm, (b) address multiple independent legal grounds for relief, (c) incorporate citations to declarations, exhibits, BOP Program Statements, PREA regulatory provisions, and supporting authority, and (d) comply with the requirement that movants demonstrate entitlement to the relief sought. Plaintiffs have endeavored to draft the brief as concisely as possible. The issues presented are significant and fact-intensive, and narrowing the briefing further would impair Plaintiffs' ability to present their arguments adequately.

Granting this motion will not prejudice Defendants. Should Defendants require additional pages in response, Plaintiffs do not oppose a reciprocal extension. Accordingly, Plaintiffs respectfully request that the Court grant leave to exceed the page limitation and deem their 30-page brief in support of the Motion for Temporary Restraining Order and Preliminary and Permanent Injunction as filed to be compliant with Local Civil Rule 7.2(c).

Respectfully submitted,

BROWN FOX PLLC

By: */s/ Cortney C. Thomas*
   Cortney C. Thomas
    Texas Bar No. 24075153
    cort@brownfoxlaw.com
   C. Alan Carrillo
    Texas Bar No. 24109693
    alan@brownfoxlaw.com
   Andrew C. Debter
    Texas Bar No. 24133954
    andrew@brownfoxlaw.com
   8111 Preston Road, Suite 300
   Dallas, TX 75225
   T: 214.327.5000
   F: 214.327.5001

*Attorneys for Plaintiffs Rhonda Fleming and*
*Miriam Crystal Herrera*

2

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendants, and this Motion is unopposed.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic filing system.