**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RHONDA FLEMING and** | § | |
| **MIRIAM CRYSTAL HERRERA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-0157-D** |
| | § | **(Consolidated with** |
| **WARDEN T. RULE, WILLIAM K.** | § | **Civil Action No. 4:25-CV-0438-D)** |
| **MARSHALL, III, PAMELA J. BONDI,** | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the court is Plaintiffs' Motion for Leave to Exceed Page Limitation for their Motion for Temporary Restraining Order and Preliminary and Permanent Injunction [Dkt. 64] (the "Motion"). Having considered the Motion, and for good cause shown, the court grants the Motion.

Accordingly, it is ordered that Plaintiffs are granted leave to exceed the page limitation set forth in N.D. Tex. Local Civil Rule 7.2(c). Plaintiffs' 30-page brief in support of their Motion for Temporary Restraining Order and Preliminary and Permanent Injunction [Dkt. 58] is accepted as filed.

**SO ORDERED.**

_____, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

1