IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>    Plaintiffs,<br><br>v.<br><br>WARDEN T. RULE, WILLIAM K.<br>MARSHALL, III, PAMELA J. BONDI,<br>and THE UNITED STATES OF<br>AMERICA,<br><br>    Defendants.<br><br>ELIZABETH ANN HARDIN and<br>BRENDA LEIGH KIRK<br><br>    [Proposed] Intervenor-Plaintiffs | §§§§§§§§§§§§§§§§§§§§§§§§ Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

**PROPOSED INTERVENOR-PLAINTIFFS' MOTION TO INTERVENE**

Pursuant to Local Rule 7.1 and Rule 24(b)(1)(B), Proposed Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk ("Intervenors") respectfully move the Court to allow them to intervene as plaintiffs.

As set forth in the accompanying memorandum, Intervenors seek to join a consolidated action that challenges the Bureau of Prisons' policy and practice of housing biological male inmates within the female population at FMC Carswell. Proposed Intervenors are biological women incarcerated at FMC Carswell who allege the same ongoing injuries from the same policies and conditions, and who seek substantially the same forward-looking relief as the existing

Plaintiffs. Intervenors' claims present common questions of law and fact with the existing consolidated action.

Permitting intervention now, just one week after Plaintiffs filed their Verified Amended Complaint (ECF No. 61) and before the accompanying temporary restraining order/preliminary injunction motion has been resolved, will promote efficiency, avoid duplication, and not prejudice any party.

A copy of Proposed Intervenors Complaint-in-Intervention is attached as Exhibit A to the accompanying memorandum.

Dated: November 10, 2025

Respectfully submitted,

*/s/ John Greil*
John Greil
  Tex. Bar No. 24110856
Brian J. Field*
  D.C. Bar No. 985577
Justin A. Miller
  Tex. Bar No. 24116768
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
jgreil@schaerr-jaffe.com
bfield@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

*\* Motion for pro hac vice forthcoming*

*Attorneys for Proposed Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk*

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel for the Proposed Intervenor-Plaintiffs conferred with counsel for Plaintiffs via email on Friday, November 7, 2025. Counsel for Plaintiffs indicated that they did not oppose the requested relief.

I likewise certify that undersigned counsel for the Proposed Intervenor-Plaintiffs attempted to confer with counsel for Defendants via email on Friday, November 7, 2025 and again on Monday, November 10, 2025, but did not receive a response.

*/s/ John Greil*
John Greil