IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>　　Plaintiffs,<br><br>v.<br><br>WARDEN T. RULE, WILLIAM K.<br>MARSHALL, III, PAMELA J. BONDI,<br>and THE UNITED STATES OF<br>AMERICA,<br><br>　　Defendants.<br><hr>ELIZABETH ANN HARDIN and<br>BRENDA LEIGH KIRK,<br><br>　　[Proposed] Intervenor-Plaintiffs | §§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Before the Court is the Motion to Intervene of Proposed Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk. The motion is meritorious and is hereby GRANTED.

It is therefore ORDERED that the Movants' Motion to Intervene as plaintiffs is GRANTED.

It is further ORDERED that Movants are granted leave to intervene under Federal Rule of Civil Procedure 24.

It is further ORDERED that Movants shall be permitted to file their Complaint-in-Intervention, attached as Exhibit A to their Motion to Intervene, and that such complaint shall be

docketed in *Fleming v. Warden*, Civil Action No. 4:25-CV-0157-D (consolidated with *Herrera v. Warden*, Civil Action No. 4:25-CV-0438-D).

**SO ORDERED.**

November ___, 2025.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE