IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:25:-CV-0157-D<br>(Consolidated with |
| VS. | § § | Civil Action No. 4:25:-CV-0438-D) |
| WARDEN T. RULE, et al., | § § | |
| Defendants. | § § | |

## ORDER

The evidentiary hearing on defendants' affirmative defense of failure to exhaust is set for Thursday, December 18, 2025, at 10:00 a.m. at the Eldon B. Mahon United States Courthouse in Fort Worth, Texas. Prior to the hearing, the court will designate the courtroom where the hearing will be held.

If plaintiffs wish to testify at the hearing and/or to call other witnesses who are in custody, they must timely arrange for the issuance and service of such writs and subpoenas as are necessary to secure the attendance of themselves and such other witnesses. If plaintiffs' counsel need assistance with such writs and subpoenas, they may contact the Fort Worth Division of the Clerk's Office.

**SO ORDERED**.

November 20, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE