# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *FORT WORTH DIVISION*

RHONDA FLEMING, et al. )
                        Plaintiff, )
                        )
v. )
                        )   Case Number: 4:25-CV-0157-D (consolidated with No. 4:25-CV-0438-D
                        )
WARDEN T. RULE, et al. )
                        Defendant. )

## APPLICATION FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ad testificandum, because the detainee is a witness not otherwise available by ordinary process of the Court.

Name of Detainee:  Miriam Herrera (Register Number: 56791-177)

Detained at (custodian):  Warden T. Rule, FMC Carswell, Naval Air Station, 1200 Meandering Rd, Fort Worth, TX 76114

Appearance is necessary at the Federal Courthouse in        Fort Worth        on    December 18, 2025

at  10:00 a.m.  for the purpose of appearing in  evidentiary hearing. See Doc. 86.

Attorney Signature:  /s/ Cortney C. Thomas

Printed Name:  Cortney C. Thomas

Bar Number:  24075153

Address:  8111 Preston Road, Suite 300

          Dallas, Texas 75225

Phone Number:  214-327-5000

Fax:  214-327-5001

E-mail:  cort@brownfoxlaw.com

NOTE: A proposed order is not required to be submitted with the application.  To electronically file this document, use the Writ of Habeas Corpus ad testificandum event found in the Motions category. Whether filed in paper or electronically, an order will follow ruling on the application.  If granted, the writ of habeas corpus ad testifandum will be issued.