IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and <br> MIRIAM CRYSTAL HERRERA, <br><br> Plaintiffs, <br><br> VS. <br><br> WARDEN T. RULE, et al., <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. 4:25-CV-0157-D <br> (Consolidated with <br> Civil Action No. 4:25-CV-0438-D) |

### ORDER

Having considered plaintiffs' December 5, 2025 opposed motion for issuance of writs of habeas corpus ad testificandum and defendants' response, the court has tentatively determined that it should grant a writ of habeas corpus ad testificandum to bring plaintiff Miriam Crystal Herrera into court to testify at the hearing on exhaustion, but that plaintiff Rhonda Fleming should participate in the hearing and be called to testify remotely from the minimum security prison camp adjacent to FCI Marianna.

To ensure that plaintiffs have a fair opportunity to reply to defendants' response and the court's tentative determination, the court orders that plaintiffs file their reply, if any, no later than December 10, 2025 at 3:00 p.m.

Counsel and the parties are advised that the hearing will be held in the fifth floor courtroom, Room 501.

**SO ORDERED**.

December 9, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE