IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with |
| VS. | §<br>§ | Civil Action No. 4:25-CV-0438-D) |
| WARDEN T. RULE, et al., | §<br>§<br>§ | |
| Defendants. | § | |

**ORDER**

Having considered the parties' pleadings and the applicable law, the court has determined that plaintiffs' December 5, 2025 partially opposed motion for issuance of writs of habeas corpus ad testificandum should be granted in part and denied in part.

The court will issue by separate entry a writ of habeas corpus ad testificandum to bring plaintiff Miriam Crystal Herrera into court to testify at the hearing on exhaustion.

The court will permit plaintiff Rhonda Fleming to appear and testify at the hearing remotely from the minimum security prison camp adjacent to FCI Marianna. The parties are responsible for making the necessary arrangements with appropriate prison officials and the Fort Worth Division of the Clerk's Office. *See* https://www.txnd.uscourts.gov/courtroom-technology.

The hearing will be held in the fifth floor courtroom, Room 501.

**SO ORDERED**.

December 10, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE