IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>　　　　　Plaintiffs,<br><br>VS.<br><br>WARDEN T. RULE, et al.,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: Warden T. Rule (or other acting warden)
FMC Carswell
Naval Air Station
1200 Meandering Road
Fort Worth, TX 76114

**YOU ARE COMMANDED** to bring **MIRIAM CRYSTAL HERRERA** ("Herrera"), Register No. 56791-177, who is now in your custody, to the Eldon B. Mahon Courthouse, 501 West 10th Street, Fifth Floor, Room 501, Fort Worth, Texas, for an evidentiary hearing that will begin on **Thursday, December 18, 2025, at 10:00 a.m.**

If the hearing continues past December 18, you are commanded to bring Herrera to the same location from day to day for as long as the hearing continues.[*]

**SO ORDERED**.

December 10, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

---

[*]In accordance with its internal operating procedures, the clerk of court will serve this writ on the acting warden of FMC Carswell and the U.S. Marshals Service in Fort Worth.