IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>    Plaintiffs,<br><br>v.<br><br>WARDEN T. RULE, WILLIAM K.<br>MARSHALL, III, PAMELA J. BONDI,<br>and THE UNITED STATES OF<br>AMERICA,<br><br>    Defendants.<br><br>ELIZABETH ANN HARDIN and<br>BRENDA LEIGH KIRK<br><br>    [Proposed] Intervenor-Plaintiffs | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

**PROPOSED INTERVENOR-PLAINTIFFS' UNOPPOSED MOTION TO EXTEND
TIME TO FILE REPLY IN RESPONSE TO MOTION TO INTERVENE**

Proposed Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk ("Intervenors") respectfully move this Court for a two-day extension of time to file a Reply to Response to Motion to Intervene. Under such an extension, Intervenors' reply would now be due on Wednesday, December 17, 2025. As set forth below, there is good cause to grant the requested relief.

Intervenors' Motion for Leave to Intervene was filed on November 10, 2025 (Docs. 68, 69). Intervenors seek to join a consolidated action that challenges the Bureau of Prisons' policy and practice of housing biological male inmates within the female population at FMC Carswell. Proposed Intervenors are biological women incarcerated at FMC Carswell—located in Fort Worth,

Texas—who allege the same ongoing injuries from the same policies and conditions, and who seek substantially the same forward-looking relief as the existing Plaintiffs. Intervenors' claims present common questions of law and fact with the existing consolidated action.

On December 1, 2025, Defendants file a response to Intervenors' motion. Doc. 90.

Currently, Intervenors' reply to Defendants' response is due on Monday, December 15, 2025. *See* L.R. 7.1(f).

There is good cause to grant the extension.

Counsel for Intervenors have identified a key inmate-witness incarcerated at FMC-Carswell, and despite diligent efforts to arrange a legal call to interview the witness, attempts have thus far been unsuccessful. Intervenors cannot file an adequate reply without speaking to this individual first.

Because the witness is an adult in custody, counsel can only arrange phone calls through prison staff. Undersigned counsel emailed prison staff on November 26, 2025, requesting a legal call with this witness, and provided counsel's availability for that legal call. On December 1, 2025, counsel was advised that his request would be forwarded to the relevant counselor to schedule; additional availability was immediately provided by counsel. Since then, repeated attempts have been made to schedule the witness call through the counselor. On December 5, 2025, the counselor indicated the witness call could be accommodated in a narrow window the week of December 8. Counsel immediately requested the earliest possible time and offered to rearrange/cancel existing commitments in order to accommodate said call.

The last message counsel received from that counselor was on Monday, December 8. Counsel sent multiple follow-up emails—including on Tuesday, December 9 and twice on

Thursday, December 11— during which it was explained to the counselor that there was an imminent filing deadline and offering counsel's full flexibility to accommodate any availability.

On the afternoon of Friday, December 12, counsel was able to arrange the necessary legal call, and schedule it for the morning of Monday, December 15.

A short two-day extension will allow counsel to appropriately gather information needed for the reply.

Defendants and Plaintiffs do not oppose this two-day extension.

Wherefore, the undersigned respectfully requests that this Court grant leave to extend the reply filing deadline until Wednesday, December 17, 2025.

Dated: December 12, 2025

Respectfully submitted,

/s/ John Greil
John Greil
  Tex. Bar No. 24110856
Brian J. Field*
  D.C. Bar No. 985577
Justin A. Miller
  Tex. Bar No. 24116768
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
jgreil@schaerr-jaffe.com
bfield@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

*Motion for pro hac vice forthcoming*

*Attorneys for Proposed Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk*

## CERTIFICATE OF SERVICE

    Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

## CERTIFICATE OF CONFERENCE

    I hereby certify that undersigned counsel for the Proposed Intervenor-Plaintiffs conferred with counsel for all parties via email on December 12, 2025 and counsel for Plaintiffs and counsel for Defendants indicated that they did not oppose the requested relief. Accordingly, this motion is presented as unopposed.

                                                  */s/ John Greil*
                                                  John Greil