IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>　　Plaintiffs,<br><br>v.<br><br>WARDEN T. RULE, WILLIAM K.<br>MARSHALL, III, PAMELA J. BONDI,<br>and THE UNITED STATES OF<br>AMERICA,<br><br>　　Defendants.<br>──────────────────<br>ELIZABETH ANN HARDIN and<br>BRENDA LEIGH KIRK<br><br>　　[Proposed] Intervenor-Plaintiffs<br>────────────────── | §§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE REPLY TO RESPONSE TO MOTION TO INTERVENE**

　　Before the Court is the Unopposed Motion for an Extension of Time to File Reply to Response to Motion to Intervene of Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk. The motion is meritorious and is hereby GRANTED.

　　It is therefore ORDERED that the deadline for Proposed Intervenor-Plaintiffs to file a Reply to Response to Motion to Intervene is extended to December 17, 2025.

　　**SO ORDERED.**

　　_____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE