IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| RHONDA FLEMING, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 4:25-cv-00157-D |
| WARDEN T. RULE, *et al.*, | (Consolidated with Civil Action No. 4:25-cv-00438-D) |
| Defendants. | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
TO SET HEARING ON PRELIMINARY INJUNCTION**

On November 25, 2025, Plaintiffs moved to set Plaintiffs' Motion for Preliminary Injunction (Doc. 58) for hearing on December 18, 2025, concurrent with the evidentiary hearing already set that day on Defendants' affirmative defense of failure to exhaust. *See* Doc. 88. Defendants oppose this request.

As the Court has already suggested (*see* Doc. 89, at 1), it would be inefficient to conduct a preliminary injunction hearing together with the exhaustion hearing because exhaustion is a threshold issue. If Defendants prevail on exhaustion, no preliminary injunction hearing would be necessary. Thus, conducting a preliminary injunction hearing along with the exhaustion hearing could waste the Court's and the parties' resources. Defendants disagree with Plaintiffs that a preliminary injunction hearing would require "limited additional discovery." Doc. 88, at 3 n.1. Plaintiffs have made clear that, before any preliminary injunction hearing, they intend to take depositions and

**Defendants' Response to Plaintiffs' Motion to Set Hearing on Preliminary Injunction – Page 1**

conduct other discovery. Furthermore, the scope of a preliminary injunction hearing would go well beyond the scope of the exhaustion hearing. Accordingly, it would be no simple task to combine the preliminary injunction hearing with the exhaustion hearing even if the exhaustion hearing was not set for two days from the date of this filing.

For the foregoing reasons, the Court should deny Plaintiffs' Motion to Set Hearing on Preliminary Injunction.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney
Texas Bar No. 24075989
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8737
Facsimile: 214-659-8807
lisa.hasday@usdoj.gov

Attorneys for Defendants

<u>Certificate of Service</u>

On December 16, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>/s/ Lisa R. Hasday</u>
Lisa R. Hasday
Assistant United States Attorney
