**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RHONDA FLEMING and MIRIAM CRYSTAL HERRERA,** | § § § | |
| **Plaintiffs,** | § § § | |
| v. | § § § | **Civil Action No. 4:25-CV-0157-D (Consolidated with Civil Action No. 4:25-CV-0438-D)** |
| **WARDEN T. RULE, WILLIAM K. MARSHALL, III, PAMELA J. BONDI, and THE UNITED STATES OF AMERICA,** | § § § § § | |
| **Defendants.** | § § § | |
| **ELIZABETH ANN HARDIN and BRENDA LEIGH KIRK,** | § § § § | |
| **[Proposed] Intervenor-Plaintiffs,** | § § § | |
| **and** | § § § | |
| **JASMINE MEABON, JESSICA CLEMENCIO MORAIS, and KEISHA WILLIAMS,** | § § § § | |
| **[Additional Proposed] Intervenor-Plaintiffs.** | § § § § | |

**ADDITIONAL PROPOSED INTERVENOR-PLAINTIFFS' MOTION TO INTERVENE**

Pursuant to Local Rule 7.1 and Rule 24(b)(1)(B), Additional Proposed Intervenor-Plaintiffs Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams ("Additional Intervenors") respectfully move the Court to allow them to intervene as plaintiffs in this matter.[1]

---

[1] Proposed Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk's Motion to Intervene is currently pending before this Court. *See* Dkt. Nos. 68, 69.

As set forth in the accompanying memorandum, Additional Intervenors seek to join a consolidated action that challenges the Bureau of Prisons' policy and practice of housing biological male inmates within the female population at FMC Carswell. Additional Proposed Intervenors are biological women incarcerated at FMC Carswell who allege the same ongoing injuries from the same policies and conditions, and who seek substantially the same forward-looking relief as the existing Plaintiffs and Proposed Intervenor-Plaintiffs Elizabeth Ann Hardin and Brenda Leigh Kirk.  Additional Intervenors' claims present common questions of law and fact with the existing consolidated action.

Permitting intervention now, while Proposed Intervenors' Motion to Intervene is still pending, and before the preliminary injunction motion has been resolved, will promote efficiency, avoid duplication, and not prejudice any party.

A copy of the First Amended Proposed Complaint-In-Intervention on behalf of all five Proposed Intervenor-Plaintiffs is attached as Exhibit A to the accompanying memorandum.

Dated: December 17, 2025

Respectfully submitted,

/s/ John Greil
John Greil
  Tex. Bar No. 24110856
Brian J. Field*
  D.C. Bar No. 985577
Justin A. Miller
  Tex. Bar No. 24116768
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
jgreil@schaerr-jaffe.com
bfield@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

*Pro hac vice motion forthcoming

Attorneys for Proposed Intervenor-Plaintiffs

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel for the Additional Proposed Intervenor-Plaintiffs conferred with counsel for Plaintiffs via email on December 17, 2025. Counsel for Plaintiffs indicated that they did not oppose the requested relief.

I likewise certify that undersigned counsel for the Additional Proposed Intervenor-Plaintiffs conferred with counsel for Defendants via email on December 17, 2025. Counsel for Defendants indicated that they opposed the requested relief.

*/s/ John Greil*
John Greil