## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>    Plaintiffs,<br><br>v.<br><br>WARDEN T. RULE, WILLIAM K.<br>MARSHALL, III, PAMELA J. BONDI,<br>and THE UNITED STATES OF<br>AMERICA,<br><br>    Defendants.<br><br>―――――――――<br><br>ELIZABETH ANN HARDIN and<br>BRENDA LEIGH KIRK,<br><br>    [Proposed] Intervenor-Plaintiffs<br><br>and<br><br>JASMINE MEABON, JESSICA<br>CLEMENCIO MORAIS, and KEISHA<br>WILLIAMS,<br><br>[Supplemental Proposed] Intervenor-<br>Plaintiffs. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE
### FOR ADDITIONAL INTERVENOR-PLAINTIFFS

Before the Court is the Motion to Intervene on Behalf of Additional Intervenor-Plaintiffs Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams. The motion is meritorious and is hereby GRANTED.

It is therefore ORDERED that the Movants' Motion to Intervene as plaintiffs is GRANTED.

It is further ORDERED that Movants are granted leave to intervene under Federal Rule of Civil Procedure 24.

It is further ORDERED that Movants shall be permitted to file their First Amended Proposed Complaint-in-Intervention, attached as Exhibit A to their Supplemental Motion to Intervene, and that such complaint shall be docketed in *Fleming v. Warden*, Civil Action No. 4:25-CV-0157-D (consolidated with *Herrera v. Warden*, Civil Action No. 4:25-CV-0438-D).

**SO ORDERED.**

_____, 202__.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

2