IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RHONDA FLEMING and <br> MIRIAM CRYSTAL HERRERA, <br><br> Plaintiffs, <br><br> and <br><br> ELIZABETH ANN HARDIN and <br> BRENDA LEIGH KIRK, <br><br> Intervenor-Plaintiffs, <br><br> VS. <br><br> WARDEN T. RULE, et al., <br><br> Defendants. | Civil Action No. 4:25-CV-0157-D <br> (Consolidated with <br> Civil Action No. 4:25-CV-0438-D) |

## ORDER

The hearing on plaintiffs' motion for a preliminary injunction is set for Friday, January 30, 2026 at 9:30 a.m. at the Eldon B. Mahon United States Courthouse in Fort Worth, Texas. Prior to the hearing, the court will designate the courtroom where the hearing will be held.

**SO ORDERED**.

January 6, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE