IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RHONDA FLEMING and §<br>MIRIAM CRYSTAL HERRERA, §<br>§<br>Plaintiffs, §<br>§<br>and §<br>§<br>ELIZABETH ANN HARDIN, §<br>BRENDA LEIGH KIRK, §<br>JASMINE MEABON, §<br>JESSICA CLEMENCIO MORAIS, and §<br>KEISHA WILLIAMS, §<br>§<br>Intervenor-Plaintiffs, §<br>§<br>VS. §<br>§<br>WARDEN T. RULE, et al., §<br>§<br>Defendants. §| Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

### ORDER

The December 17, 2025 unopposed motion of Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams to intervene as plaintiffs in these consolidated civil actions is granted, and the clerk of court is directed to add them as intervenor-plaintiffs.

**SO ORDERED**.

January 8, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE