IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and § | | |
| MIRIAM CRYSTAL HERRERA, § | | |
| § | | |
| Plaintiffs, § | | Civil Action No. 4:25-CV-0157-D |
| § | | (Consolidated with |
| and § | | Civil Action No. 4:25-CV-0438-D) |
| § | | |
| ELIZABETH ANN HARDIN, § | | |
| BRENDA LEIGH KIRK, § | | |
| JASMINE MEABON, § | | |
| JESSICA CLEMENCIO MORAIS, and § | | |
| KEISHA WILLIAMS, § | | |
| § | | |
| Intervenor-Plaintiffs, § | | |
| § | | |
| VS. § | | |
| § | | |
| WARDEN T. RULE, et al., § | | |
| § | | |
| Defendants. § | | |

**ORDER**

In a *pro se* letter to the court, dated February 9, 2026 and docketed February 17, 2026 (ECF No. 142), Sarah Cavanaugh ("Cavanaugh") offers a statement as an intervenor and requests that the injunction entered by this court be put in place nationwide. She purports to act on behalf of all women in the custody of the Bureau of Prisons.

Considering Cavanaugh's *pro se* status and the nature of the relief she seeks, the court deems it appropriate to inquire of John Greil, Esquire, who represents the intervenor-plaintiffs in this case, whether he is willing and able to represent Cavanaugh in seeking leave to intervene and, if leave is granted, to seek appropriate relief on her behalf. He is directed to respond to this inquiry within 14

days of the date this order is filed.

**SO ORDERED**.

February 23, 2026.

                                                SIDNEY A. FITZWATER
                                                SENIOR JUDGE