IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>    Plaintiffs,<br><br>and<br><br>ELIZABETH ANN HARDIN,<br>BRENDA LEIGH KIRK,<br>JASMINE MEABON,<br>JESSICA CLEMENCIO MORAIS, and<br>KEISHA WILLIAMS,<br><br>    Intervenor-Plaintiffs,<br><br>VS.<br><br>WARDEN T. RULE, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

## ORDER

I

Defendants' March 9, 2026 motion to dismiss the first amended complaint-in-intervention [ECF No. 147] and the government's and official-capacity defendants' April 10, 2026 motion to dismiss plaintiffs' verified second amended complaint [ECF No. 163] are set for oral argument on Wednesday, May 20, 2026 at 10:00 a.m.

The March 9, 2026 motion will be argued first. Each side will be allotted 30 minutes for argument. Defendants will present argument, then intervenor-plaintiffs, then defendants in rebuttal. Defendants may reserve up to 5 of their 30 minutes for rebuttal.

The April 10, 2026 motion will be argued second. Each side will be allotted 30 minutes for argument. Defendants will present argument, then plaintiffs, then defendants in rebuttal. Defendants may reserve up to 5 of their 30 minutes for rebuttal.

Demonstrative aids may be used at oral argument only if both of the following prerequisites are satisfied: (1) the exhibit is a duplicate, enlargement, photograph, or computer-generated representation of an exhibit that is already part of the motion record, or the parties agree can be used; and (2) notice that the aid will be used during argument has been given to opposing counsel no later than May 18, 2026 at noon.

II

After the arguments specified in § I of this order are heard, the court will conduct a hearing on Wednesday, May 20, 2026 at 1:30 p.m. (or at an earlier reasonable time) on the March 30, 2026 motion for preliminary and permanent injunction of intervenor-plaintiffs [ECF No. 152]. Although the court will defer imposing time limits on the parties' presentations, the parties are encouraged to enter into stipulations that will shorten the hearing and focus on the controlling legal and factual issues.

III

The arguments and injunction hearing specified in §§ I and 2 of this order will be held in Courtroom 1351 of the United States Courthouse in Dallas, Texas. The parties are responsible for securing, by personal appearance or remote means, the attendance of any parties or witnesses whom

- 2 -

they wish to participate.

**SO ORDERED**.

April 30, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE