IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA,<br><br>    Plaintiffs,<br><br>v.<br><br>WARDEN T. RULE, WILLIAM K.<br>MARSHALL, III, PAMELA J. BONDI,<br>UNITED STATES OF AMERICA,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with<br>Civil Action No. 4:25-CV-0438-D) |

## ORDER

Before the court is Plaintiff Rhonda Fleming's Motion for Leave to Attend May 20, 2026 Hearing by Remote Means [Dkt. 180] (the "Motion"). Having considered the Motion, and for good cause shown, the court grants the Motion.

Accordingly, it is ordered  that Plaintiff Rhonda Fleming is granted leave to attend the May 20, 2026 hearing by remote means. Plaintiff's counsel shall coordinate with the Courtroom Deputy and any necessary custodial personnel to arrange Plaintiff's remote attendance in a manner that complies with the court's procedures and does not disrupt the proceedings.

**SO ORDERED.**

May 15, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

1