IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

RHONDA FLEMING and MIRIAM CRYSTAL
HERRERA,

     Plaintiffs,

v.

WARDEN T. RULE, et al.,

     Defendants.

_____

ELIZABETH ANN HARDIN,
BRENDA LEIGH KIRK, JASMINE MEABON,
JESSICA CLEMENCIO MORAIS, and
KEISHA WILLIAMS,

     Intervenor Plaintiffs,

v.

WARDEN T. RULE, et al.,

     Defendants.

Civil Action No. 4:25-CV-157-D
(consolidated with No. 4:25-CV-438-D)

## JOINT NOTICE

Intervenor-Plaintiffs Elizabeth Ann Hardin, Brenda Leigh Kirk, Jasmine Meabon, Jessica

Clemencio Morais, and Keisha Williams and Defendants[1] are submitting a proposed form of

preliminary injunction in accordance with the Court's May 26, 2026 memorandum opinion and

order that granted Intervenor-Plaintiffs' request for a preliminary injunction (Doc. 197).  The

proposed order is attached hereto.  The portions of the document in regular (black) font represent

_____

[1] "Defendants" as used herein refers to the United States and the official-capacity defendants.

Joint Notice – Page 1

provisions upon which the parties are agreed, for form purposes.[2]  The portions of the document in blue underlined font represent provisions that Intervenor-Plaintiffs believe should be in a signed order, but that Defendants do not believe should be in it.

---

[2] For the avoidance of doubt, the undersigned defense counsel notes that he has not been authorized to substantively agree or consent to a preliminary injunction of the type requested by Intervenor-Plaintiffs (in large part due to concerns about the requirements of court orders entered elsewhere, as has been discussed with the Court in prior filings and at the recent hearing).  However, the undersigned defense counsel understands that the Court has rejected, at least in part, the arguments that Defendants previously offered in response to Intervenor-Plaintiffs' motion (the Court's order states that "intervenor-plaintiffs have demonstrated that they are entitled to a preliminary injunction on at least some of their claims," Doc. 197 at 3), and that the issue now is what precise form of language should be used in the preliminary injunction that the Court has already determined to grant.  With that understanding, the undersigned defense counsel has coordinated with Intervenor-Plaintiffs' counsel about form language that accounts for certain operational/logistical issues at FMC Carswell, and is appreciative of Intervenor-Plaintiffs' counsel's cooperation in this regard.

**Joint Notice – Page 2**

Respectfully submitted,

SCHAERR | JAFFE LLP
By: /s/ John Greil
John Greil
Texas Bar No. 24110856
jgreil@schaerr-jaffe.com
Brian J. Field (pro hac vice)
bfield@schaerr-jaffe.com
Justin A. Miller
Texas Bar No. 24116768
jmiller@schaerr-jaffe.com
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060

Attorneys for Intervenor-Plaintiffs Elizabeth Ann Hardin, Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams

* * * * * * *

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:  214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants United States and the Attorney General, the Director of the Federal Bureau of Prisons, and the Warden of FMC Carswell (in their official capacities)

**Joint Notice – Page 3**

Certificate of Service

On June 1, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney