**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| RHONDA FLEMING and<br>MIRIAM CRYSTAL HERRERA, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 4:25-CV-0157-D<br>(Consolidated with |
| WARDEN T. RULE, WILLIAM K.<br>MARSHALL, III, PAMELA J. BONDI,<br>UNITED STATES OF AMERICA, | §<br>§<br>§<br>§ | Civil Action No. 4:25-CV-0438-D) |
| Defendants. | §<br>§ | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File (1) Reply in Support of Motion for Summary Judgment, (2) Reply in Support of Application for Attorneys' Fees and Costs Related to Constitutional Claims; and (3) Response to Defendant Warden T. Rule's Motion to Dismiss. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, Plaintiffs' Reply in Support of their Motion for Partial Summary Judgment is hereby **EXTENDED** until June 29, 2026, Plaintiffs' Reply in Support of their Attorneys' Fees Application on Constitutional Claims is hereby **EXTENDED** until July 13, 2026, and Plaintiffs' deadline for filing their Response to Rule's Motion to Dismiss is **EXTENDED** until July 27, 2026.

**SO ORDERED.**

June 10, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

1